UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA D. LAMBERT,

Plaintiff,

v.

XLOMARA HUERTAS et al,,

Defendants.

CASE NO. 3:19-cv-05980-RJB-JRC

ORDER

Plaintiff, proceeding *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Presently before the Court are two motions filed by plaintiff: (1) motion for extension (Dkt. 28) and (2) motion to amend complaint (Dkt. 30). The Court will address defendants' Ray Hendrickson, Xlomara Heurtas, Natasha House, Rhana Kahn, State of Washington, and Western State Hospital ("WSH defendants") motion to dismiss (Dkt. 24) in a separate report and recommendation.

**1. Motion for Extension (Dkt. 28)**

On December 23, 2019, the Court ordered plaintiff to provide the complete names and addresses for all doe defendants by January 17, 2020. Dkt. 21. Plaintiff now requests a 60-day extension to provide the names and addresses of the doe defendants. Dkt. 28. Plaintiff states that he needs to conduct discovery in order to obtain more information on the doe defendants. Dkt. 28. A plaintiff may be given an opportunity after filing a lawsuit to discover the identity of unknown defendants through discovery. *See Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980).

Having reviewed plaintiff's motion for extension, the Court finds that plaintiff has stated good cause for a 60-day extension. Accordingly, plaintiff's motion for extension (Dkt. 28) is granted, and plaintiff is ordered to provide the names and addresses of the doe defendants on or before April 20, 2020.

If plaintiff is unable to provide the Court with names and addresses of doe defendants on or before April 20, 2020, the Court will recommend dismissal of the unserved defendants from the case without prejudice.

**2. Motion to Amend (Dkt. 30)**

Plaintiff seeks to amend his complaint in response to the WSH defendants' motion to dismiss. Dkt. 30. Under Rule 15(a) of the Federal Rules of Civil Procedure,

> (1) *Amending as a Matter of Course*
> A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required,
> 21 days after service of a responsive pleading or 21 days after service
> of a motion under Rule 12(b), (e), or (f), whichever is earlier.
> (2) *Other Amendments*
> In all other cases, a party may amend its pleading only with the
> opposing party's written consent or the court's leave.  The court
> should freely give leave when justice so requires

On December 30, 2019, the WSH defendants filed a motion to dismiss and defendants Lee Stemler, Tuggle, and Jack Warner filed an answer. Dkt. 23, 24. Plaintiff filed his motion to amend on January 18, 2020, which was within 21 days of the filing of the defendants' responsive pleadings. Dkt. 30. Having reviewed plaintiff's motion to amend, with no opposition from defendants, *see* Dkt. 36 (WSH defendants' response), the Court grants plaintiff's motion to amend, Dkt. 30. The Clerk is directed to docket the attached proposed amended complaint, Dkt. 30-1, as plaintiff's first amended complaint.

Dated this 26th day of February, 2020.

J. Richard Creatura
United States Magistrate Judge