# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSHUA D. LAMBERT,

    Plaintiff,

v.

XLOMARA HUERTAS,

    Defendant.

CASE NO. 3:19-cv-05980-RJB-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 39).

(2)     Defendants' Motion to Dismiss (Dkt. 24) is denied without prejudice.

(3)     The case is re-referred to Magistrate Judge J. Richard Creatura.

(4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

**DATED** this 30th day of March, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1