1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  JOSHUA D LAMBERT,

11              Plaintiff,                    CASE NO. 3:19-CV-05980-RJB-JRC

12       v.                                   REPORT AND
                                              RECOMMENDAITON
13  XLOMARA HEURTAS et al.,
                                              NOTED FOR: SEPTEMBER 18,
14              Defendants.                   2020

15      The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United

16  States Magistrate Judge J. Richard Creatura. Presently before the Court is plaintiff's response

17  titled "Plaintiff Declines Opportunity to Amend Complaint." Dkt. 95. The undersigned

18  recommends all supervisory liability claims against defendant House dismissed with prejudice.

19      On October 31, 2019, this Court directed service of plaintiff's complaint. Dkt. 7.

20  Defendant Natasha House returned a signed waiver of service on November 27, 2019. Dkt. 12.

21  Plaintiff then filed an amended complaint, which replaced the original complaint, on February

22  26, 2020. Defendants Tuggle, Stemler and Warner ("DOC Defendants") filed their Answer on

23  March 10, 2020. Dkt. 40. Defendant House has not filed an Answer. *See* Dkt.

24

1   On July 2, 2020, District Judge Robert J. Bryan adopted the undersigned's report and
2 recommendation (Dkt. 79) which granted in part and denied in part the Washington State
3 Hospital defendants' motion to dismiss. Dkt. 86. Plaintiff's First Amendment claim was
4 dismissed with prejudice and without leave to amend. Dkt. 79, 86. Plaintiff's supervisory
5 liability claim against defendant House was dismissed but with leave to amend. Dkt. 79, 86. The
6 case was re-referred to the undersigned for further proceedings. *Id.* Plaintiff filed the response
7 indicating that he declined to file an amended complaint with respect to the supervisory liability
8 claims against defendant House on August 6, 2020. Dkt. 95.

9   Plaintiff was advised that his failure to file an amended complaint would result in
10 dismissal with prejudice of his supervisory liability claims against defendant House. Dkt. 79, 86,
11 88. As plaintiff has declined to file an amended complaint and otherwise failed to respond to the
12 Court's order, the Court recommends dismissing plaintiff's supervisory liability claims against
13 defendant House with prejudice.

14   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
15 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
16 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
17 review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
18 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
19 September 18, 2020, as noted in the caption.

20   Dated this 19th day of August, 2020.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION: 2