UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA D. LAMBERT,

                    Plaintiff,

        v.

XLOMARA HUERTAS, et. al.,

                    Defendants.

CASE NO. 3:19-cv-05980-RJB-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation of Magistrate

Judge J. Richard Creatura.  Dkt. 127.  The Court has considered the Report and

Recommendation and remaining record; no objections to the Report and Recommendation were

filed.  The Court does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation (Dkt. 127).

        (2)     The Washington State Hospital ("WSH") defendants' motion to
                dismiss (Dkt. 100); the Department of Corrections ("DOC") defendants' motion
                for summary judgment (Dkt. 58); and the WSH defendants' motion for summary
                judgment (Dkt. 115) are denied without prejudice, subject to refiling based on the
                allegations contained in the second amended complaint

        (3)     The case is re-referred to Magistrate Judge J. Richard Creatura.

        (4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                Defendants, and to the Hon. J. Richard Creatura.

**DATED** this 29ᵗʰ day of March, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2